THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **Wyoming Technology Licensing, LLC,**<br><br>        Plaintiff,<br><br>   v.<br><br>**Apple Inc.,**<br><br>        Defendant. | **CIVIL ACTION NO. 2:24-cv-00128**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wyoming Technology Licensing, LLC respectfully submits this Notice of Voluntary Dismissal Without Prejudice of Defendant Apple Inc..  Apple Inc. has neither filed an Answer nor a Motion for Summary Judgment.

Dated:  March 28, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Randall Garteiser*
Randall Garteiser
